UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

BERNARD J. GIANGIULIO, JR.,

      Plaintiff,

    -against-                                           No.: 02-CV-3844

HD BROUS & CO., INC. and MICHAEL VIGILANTE,

      Defendants.

_____

ORDER

      AND NOW, this _____ day of _____, 2002, upon consideration of the Motion to Dismiss and to Compel Arbitration filed by Defendant, HD BROUS & CO., INC., it is hereby ORDERED, ADJUDGED and DECREED that said Motion is granted. The Complaint filed by Plaintiff, BERNARD J. GIANGIULIO, JR., is dismissed and Plaintiff is directed to submit his claims to arbitration in the manner provided for in the agreement between the parties.

      Defendant's request for reasonable attorney's fees and costs is granted, and Defendant is directed to submit a Bill of Costs, including attorney's fees, within thirty (30) days of the date of this Order.

                                                  BY THE COURT:

                                                  _____
                                                                    J.

363383-1