UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

BERNARD J. GIANGIULIO, JR.,

        Plaintiff,

   -against-                                        No.: 02-CV-3844

HD BROUS & CO., INC. and MICHAEL VIGILANTE,

        Defendants.

_____

## CERTIFICATE OF SERVICE

ROBERT N. GAWLAS, JR., ESQUIRE, hereby certifies that on the 3rd day of September, 2002, he served a true and correct copy of the foregoing HD Brous & Co., Inc.'s Motion to Dismiss and to Compel Arbitration, HD Brous & Co., Inc.'s Memorandum of Law in Support of its Motion to Dismiss and to Compel Arbitration, and proposed Order by placing same in the United States mail, first-class, postage prepaid, to:

        Thomas J. Kent, Jr., Esquire
        Siana, Bellwoar & McAndrew, L.L.P.
        941 Pottstown Pike
        P.O. Box 630
        Exton, Pennsylvania 19341.

                ROSENN, JENKINS & GREENWALD, L.L.P.
                By:_____
                      ROBERT N. GAWLAS, JR., ESQUIRE
                      Attorney I.D. No. 46608
                      15 South Franklin Street
                      Wilkes-Barre, PA 18711
                      (570) 826-5600
                      Associate Counsel for Defendant,
                      HD BROUS & CO., INC.

363401-1