IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BERNARD J. GIANGIULIO, JR.

                                              02-CV-3844
                                              District Court Docket Number

        vs.

HD BROUS & CO., INC., and
MICHAEL VIGILANTE

Notice of Appeal Filed  10/28/02
Court Reporter(s)/ESR Operator(s)        N/A

Filing Fee:
        Notice of Appeal  X  Paid   __Not Paid    __Seaman
        Docket Fee       X  Paid   __Not Paid    __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

Defendant's Address (for criminal appeals)

_____
_____
_____

                                Prepared by :_____
                                              James  Deitz
                                              Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm